WK:OO
F. #2019R001326

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

STEVEN KWESTEL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 1:20-cr-00556(BMC)(CLP)

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant STEVEN KWESTEL's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            December 3, 2020

                          SETH D. DuCHARME
                          Acting United States Attorney
                          Eastern District of New York

            By:       /s/
                 Olatokunbo Olaniyan
                 Assistant United States Attorney
                 (718) 254-6317

cc:    Clerk of the Court (ECF)
       Jim Druker, Esq. (counsel for defendant) (by e-mail and ECF)